UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

                                               Criminal No. 18-mj-30448

Juan Antonio GARCIA-JIMENEZ,

    Defendant.

## MOTION AND ORDER TO UNSEAL THE COMPLAINT AND ARREST WARRANT

The United States of America requests the court to unseal the complaint, warrant of arrest, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

                                            Respectfully submitted,

                                            BARBARA L. MCQUADE
                                            United States Attorney

                                            *s/Susan E. Fairchild*
                                            Assistant United States Attorney
                                            211 W. Fort Street, Suite 2001
                                            Detroit, MI  48226
                                            Susan.fairchild@usdoj.gov
                                            313 226-9577
                                            P-41908

**IT IS SO ORDERED.**

                                                          s/R. Steven Whalen
                                                          R. Steven Whalen
                                                          United States Magistrate Judge

Entered: August 29, 2018