UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

                                    No. 18-mj-30448

Antonio Garcia-Jimenez,

    Defendant.

## STIPULATION AND ORDER ADJOURNING PRELIMINARY EXAMINATION

The above parties, by and through their respective counsel, stipulate to adjourning the Preliminary Examination from September 12, 2018 for 12 days to September 24, 2018. The proposed extension of time will allow the parties to continue engaging in plea negotiations.

**THE PARTIES FURTHER STIPULATE** that the extended time-period shall constitute excludable delay pursuant to 18 U.S.C. § 3161(h)(7), and that the ends of justice served by this delay outweigh the best interests of the defendant and the public in a speedy trial.

| | |
|---|---|
| s/Susan E. Fairchild | s/Rhonda Brazile |
| Assistant United States Attorney | Counsel for Defendant |
| 211 W. Fort Street, Suite 2001 | 613 Abbott, 5th Floor |
| Detroit, Michigan 48226 | Detroit, Michigan 48226 |
| Susan.fairchild@usdoj.gov | rhonda_brazile@fd.org |
| (313) 226-9577 | (313) 967-5850 |

1

2

**SO ORDERED**

s/Elizabeth A. Stafford
Elizabeth A. Stafford
United States Magistrate Judge
Eastern District of Michigan

Dated: September 11, 2018