UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

            Plaintiff,            Cr. No. 18-30448

                                          Judge: Unassigned

v.

JUAN A. GARCIA-JIMENEZ,

            Defendant.

_____/

## **APPEARANCE**

To the Clerk of this Court and all parties of record:

    Enter my appearance as Counsel in the case for JUAN A. GARCIA-JIMENEZ.

.    I certify that I am admitted to practice in the Court.

                                          Respectfully Submitted,
                                          LEGAL AID & DEFENDER ASSN., INC.
                                          FEDERAL DEFENDER OFFICE

                                          s/Rhonda Brazile
                                          Attorney for Defendant
                                          613 Abbott Street, 5th Floor
                                          Detroit, Michigan   48226
                                          rhonda_brazile@fd.org
Date: September 12, 2018              (313) 967-5542